/ui/ljg/23100578/entities.not
/MJP/coa

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 2 2001

Michael N. Milby
Clerk of Court

| ALLSTATE INSURANCE COMPANY | § | |
|---|---|---|
| PLAINTIFF, | § | |
| V. | § | CIVIL ACTION NO. B-01-020 |
| A. EARLINE FOLSOM | § | |
| DEFENDANT. | § | NON-JURY |

## ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant, ALLSTATE INSURANCE COMPANY, and files this, its list of entities that are financially interested in this litigation:

1. Plaintiff, ALLSTATE INSURANCE COMPANY; and

2. Defendant, A. EARLINE FOLSOM.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
MARTIN J. PHIPPS
State Bar No. 00791444

ATTORNEY FOR PLAINTIFF