**COPY**

4

/ui/tjg/23100578/dismissal.notice
/MJP/cot

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | § | |
| PLAINTIFF, | § | |
| V. | § | CIVIL ACTION NO. B-01-020 |
| A. EARLINE FOLSOM | § | |
| DEFENDANT. | § | NON-JURY |

### PLAINTIFF, ALLSTATE INSURANCE COMPANY'S NOTICE OF DISMISSAL

ALLSTATE INSURANCE COMPANY ("ALLSTATE") Plaintiff, files its Notice of Dismissal under FED. R. CIV. P. 41(a)(1)(i).

1. Allstate sued Defendant, A. Earline Folsom ("Folsom") on January 30, 2001.

2. Allstate has decided not to proceed at this time with this declaratory judgment action. Additionally, Folsom has not filed an answer or motion for summary judgment.

3. This case is not a class action, and a receiver has not been appointed.

4. This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case.

5. Allstate has not dismissed an action based on or including the same claim or claims as those presented in this suit.

6. This dismissal is without prejudice.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228


By: _____ *By permission*
MARTIN J. PHIPPS
State Bar No. 00791444

ATTORNEYS FOR PLAINTIFF,
ALLSTATE INSURANCE COMPANY


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this _____ day of _____, 2001.

Mr. Tom Lockhart
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551

_____ *By permission*
MARTIN J. PHIPPS