5

/uii/jjg/23100578/dismissal.order
/MJP/coa

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUN 1 8 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-020 |
| | § | |
| A. EARLINE FOLSOM | § | |
| | § | |
| DEFENDANT. | § | NON-JURY |

## ORDER GRANTING NOTICE OF DISMISSAL

On ___JUNE 18___, 2001, the Court considered the Notice of Dismissal of Plaintiff,

Allstate Insurance Company, in the above-styled and numbered suit. The Court, after reviewing the

pleadings, is of the opinion that such Notice of Dismissal should be, in all things, GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Notice of Dismissal is, in all things,

GRANTED.

SIGNED this 18TH day of ___JUNE___, 2001.

JUDGE PRESIDING

cc:    Martin J. Phipps
       ADAMI, GOLDMAN & SHUFFIELD, INC.
       The Nowlin Building
       9311 San Pedro, Suite 900
       San Antonio, Texas 78216
       Facsimile: (210) 344-7228